# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOSEPH MARION HEAD,

       Petitioner,

vs.

UNITED STATES OF AMERICA,

       Respondent.

JUDGMENT IN A CIVIL CASE

CIVIL CASE NO. 1:10cv197
[Criminal Case No. 4:98cr102]

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/28/2010 Order.

Signed: September 28, 2010

Frank G. Johns, Clerk
United States District Court